**No. 53386.**—Harmar Company *v.* United States, protest 118677–K (Cleveland).

Opinion by Johnson, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

### Before the Second Division, July 13, 1949

**No. 53387.**—Ben E. Frank *v.* United States, protests 136027–K, etc. (Tampa).

Opinion by Lawrence, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claims of the plaintiff were sustained.

**No. 53388.**—British West Indies Corp. *v.* United States, protest 141450–K (Tampa).

Opinion by Rao, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.